UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES D. SIMONS,

    Plaintiff,

  v.

KEN SALISBURY et al.,

    Defendants.

                                      /

CIVIL ACTION NO.  05-60141

HON. JOHN CORBETT O'MEARA

## ORDER AFFIRMING MAGISTRATE JUDGE PEPE'S REPORT AND RECOMMENDATION

The Court having reviewed the Magistrate Judge's Report and Recommendation as well as any objections thereto filed by the parties, and being fully advised, now therefore;

**IT IS ORDERED** that the Court affirms the Magistrate Judge's Report and Recommendation.

                                  s/John Corbett O'Meara
                                  John Corbett O'Meara
                                  United States District Judge

Dated:  May 30, 2006

Copies:

**James Simons**
190695
Parr Highway Correctional Facility
2727 E. Beecher Street
Adrian, MI 49221

schoenmv@michigan.gov

smithdm2@michigan.gov